In the Matter of JOSEPH P. COLLINS et al., Respondents, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants, and MARBEN REALTY CORPORATION, Appellant.

(Argued April 1, 1930; decided May 6, 1930.)

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly* and *William T. Kennedy* of counsel), for the Board of Standards and Appeals et al., appellants.

*John J. Curtin* and *Wesley S. Sawyer* for Marben Realty Corporation, appellant.

*Lawrence R. Condon* for respondents.

Order affirmed, with costs, on the ground that the allegations of the return, if accepted as true, fail to justify a variation of the uses prescribed by the zoning resolution; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.